UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROADCAST MUSIC, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **BB ENTERPRISES OF FRENCH SETTLEMENT d/b/a MOONLIGHT INN, ET AL.** | **NO.:16-00244-BAJ-EWD** |

### ORDER

Considering the **Stipulation to Dismiss (Doc. 11)**, jointly filed by all Plaintiffs and all Defendants:

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 22nd day of August, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**